JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA KRMZYAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 to 25;<br><br>Defendants. | Case No. 2:20-cv-01536 DSF (PJWx)<br><br>**ORDER ON STIPULATION TO DISMISS WITH PREJUDICE** |

The Court having reviewed plaintiff LIANA KRMZYAN's and Defendant BMW of North America, LLC's Stipulation to Dismiss with Prejudice, and good cause appearing therefore, the Court hereby dismisses the case, with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

DATED: July 30, 2021

*[signature]*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

55.622.DRV - 00616983.DOC — - 1 - — ORDER ON STIPULATION TO DISMISS WITH PREJUDICE